IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SEBASTIAN EDWARD YOUNG,**
  Plaintiff,

vs.            CASE NO. 3:05cv114/RV/MD

**OFFICER C. MCMILLAN, et al.,**
  Defendants.

___

**O R D E R**

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 12, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a *de novo* determination of those portions to which an objection has been made.

  Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now ORDERED as follows:

  This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) and the clerk is directed to close the file.

  **DONE AND ORDERED** this 14th day of September, 2005.

              */s/ Roger Vinson*
              **ROGER VINSON**
              **SENIOR UNITED STATES DISTRICT JUDGE**